IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

PAUL J. FREEMAN

SEALED INDICTMENT

3:24-cr-54/MCR

**THE GRAND JURY CHARGES:**

## COUNT ONE

In or about November 2020, in the Northern District of Florida and elsewhere, the defendant,

**PAUL J. FREEMAN,**

having unauthorized possession of, access to, and control over information related to the national defense, which information the defendant had reason to believe could be used to the injury of the United States or to the advantage of any foreign nation; namely, information related to the vulnerabilities of United States Air Force aircraft; willfully communicated, delivered, and transmitted such information to a person not entitled to receive it.

In violation of Title 18, United States Code, Section 793(e).

Returned in open court pursuant to Rule 6(f)

6/25/24

Date

United States Magistrate Judge

FILED USDC FLND PN
JUN 25 '24 AM 10:14

## COUNT TWO

In or about February 2021, in the Northern District of Florida and elsewhere, the defendant,

## PAUL J. FREEMAN,

having unauthorized possession of, access to, and control over information related to the national defense, which information the defendant had reason to believe could be used to the injury of the United States or to the advantage of any foreign nation; namely, information related to the vulnerabilities of United States Air Force aircraft; willfully communicated, delivered, and transmitted such information to persons not entitled to receive it.

In violation of Title 18, United States Code, Section 793(e).

## COUNT THREE

In or about February 2021, in the Northern District of Florida and elsewhere, the defendant,

## PAUL J. FREEMAN,

having unauthorized possession of, access to, and control over information relating to the national defense, which information the defendant had reason to believe could be used to the injury of the United States or to the advantage of any foreign nation; namely, information related to the vulnerabilities of United States Air

Force aircraft; willfully retained the information and failed to deliver it to the officer or employee of the United States entitled to receive it.

In violation of Title 18, United States Code, Section 793(e).

## COUNT FOUR

In or about March 2021, in the Northern District of Florida and elsewhere, the defendant,

## PAUL J. FREEMAN,

having unauthorized possession of, access to, and control over information related to the national defense, which information the defendant had reason to believe could be used to the injury of the United States or to the advantage of any foreign nation; namely, information, related to United States Air Force weapon systems; willfully communicated, delivered, and transmitted such information to persons not entitled to receive it.

In violation of Title 18, United States Code, Section 793(e).

## COUNT FIVE

In or about March 2021, in the Northern District of Florida and elsewhere, the defendant,

## PAUL J. FREEMAN,

having unauthorized possession of, access to, and control over information relating to the national defense, which information the defendant had reason to believe

could be used to the injury of the United States or to the advantage of any foreign nation; namely, information related to United States Air Force weapon systems; willfully retained the information and failed to deliver it to the officer or employee of the United States entitled to receive it.

In violation of Title 18, United States Code, Section 793(e).

### COUNT SIX

In or about March 2021, in the Northern District of Florida and elsewhere, the defendant,

### PAUL J. FREEMAN,

having unauthorized possession of, access to, and control over information related to the national defense, which information the defendant had reason to believe could be used to the injury of the United States or to the advantage of any foreign nation; namely, information related to the capabilities and vulnerabilities of United States Air Force aircraft; willfully communicated, delivered, and transmitted such information to persons not entitled to receive it.

In violation of Title 18, United States Code, Section 793(e).

### COUNT SEVEN

In or about March 2021, in the Northern District of Florida and elsewhere, the defendant,

### PAUL J. FREEMAN,

having unauthorized possession of, access to, and control over information relating to the national defense, which information the defendant had reason to believe could be used to the injury of the United States or to the advantage of any foreign nation; namely, related to the capabilities and vulnerabilities of United States Air Force aircraft; willfully retained the information and failed to deliver it to the officer or employee of the United States entitled to receive it.

In violation of Title 18, United States Code, Section 793(e).

## COUNT EIGHT

In or about March 2021, in the Northern District of Florida and elsewhere, the defendant,

## PAUL J. FREEMAN,

having unauthorized possession of, access to, and control over information related to the national defense, which information the defendant had reason to believe could be used to the injury of the United States or to the advantage of any foreign nation; namely, information related to the vulnerabilities of United States Air Force aircraft as well as United States Air Force weapons; willfully communicated, delivered, and transmitted such information to persons not entitled to receive it.

In violation of Title 18, United States Code, Section 793(e).

## COUNT NINE

In or about March 2021, in the Northern District of Florida and elsewhere, the defendant,

## PAUL J. FREEMAN,

having unauthorized possession of, access to, and control over information relating to the national defense, which information the defendant had reason to believe could be used to the injury of the United States or to the advantage of any foreign nation; namely, information related to the vulnerabilities of United States Air Force aircraft as well as United States Air Force weapons; willfully retained the information and failed to deliver it to the officer or employee of the United States entitled to receive it.

In violation of Title 18, United States Code, Section 793(e).

A TRUE BILL:

██████████████

FOREPERSON

_Jun 25, 2024_
DATE

JASON R. COODY
United States Attorney

DAVID L. GOLDBERG
Assistant United States Attorney

HEATHER M. SCHMIDT
Senior Trial Attorney
National Security Division
U.S. Department of Justice

7