IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

PAUL J. FREEMAN

UNDER SEAL
CASE NUMBER:
3:24-cr-54/MCR

_____/

## MOTION REQUESTING AN ORDER SEALING THE INDICTMENT

The United States of America requests this Court to issue an Order sealing the Indictment returned by the Grand Jury in this case, and in support of this Motion states as follows:

1. The defendant has not been arrested on the activities alleged in the Indictment filed in the above-captioned case. The current whereabouts of the defendant are known, but the public revelation of the Indictment could hamper law enforcement's ability to locate and apprehend the defendant to answer the charges.

2. The United States moves the Court that the Indictment in this case shall remain **sealed** until further written Order of this Court, except that the Clerk's Office shall provide two certified copies of the Indictment to the United States Attorney for



shall provide two certified copies of the Indictment to the United States Attorney for the Northern District of Florida, two certified copies to the United States Marshal for the Northern District of Florida, and one certified copy to the United States Probation Office for the Northern District of Florida.

WHEREFORE, in order to arrest the defendant before the Indictment is made available to the public, it is respectfully requested that the Court order the sealing of the Indictment returned in this case.

Respectfully submitted,

JASON R. COODY
United States Attorney

/s/ *David L. Goldberg*
David L. Goldberg
Assistant United States Attorney
Member of the Maryland Bar
21 East Garden Street, Suite 400
Pensacola, FL 32502-5675
Phone: (850)444-4000