# United States District Court
## Criminal Minutes

| | | | | |
|---|---|---|---|---|
| Time Commenced | 1:00pm | | Case No. | 3:24cr54-MCR |
| Time Concluded | 1:55pm | | Date | July 1, 2024 |

**DOCKET ENTRY: Detention Hearing**

PRESENT:   HONORABLE   **Zachary C. Bolitho**   U.S. MAGISTRATE JUDGE

| David Goldberg/Heather Schmidt | Rebecca Lee | Heidi Doogan | Sylvia Williams |
|---|---|---|---|
| Asst. U.S. Attorney | Probation Officer | Court Reporter | Deputy Clerk |

**U.S.A v DEFENDANT LISTED BELOW**          **ATTORNEY FOR DEFENDANT**
(1) PAUL J FREEMAN                           (1) BARRY BEROSET

x  Present    x  Custody    ___ Bond    ___ O/R        x  Present    ___ Appointed    ___ Retained

**PROCEEDINGS**:  Detention Hearing

| | |
|---|---|
| 1:00pm | Court in session |
| 1:01pm | Gov't proffer |
| 1:23pm | Def proffer |
| | Witness, Joan Bruce Freeman, sworn. |
| 1:29pm | Cross by Gov't |
| 1:31pm | Cont. proffer by Def |
| 1:31pm | Response by Gov't |
| 1:32pm | Def argues. |
| 1:35pm | Recess |
| 35 min | |
| 1:40pm | Court back in session |
| 1:40pm | Court addresses the parties. |
| 1:47pm | The Gov't motion to detain is denied. Def is released under conditions. Order to be entered. |
| 1:55pm | Court adjourned. |
| 15 min | |

Filed in open court: 7/1/2024
CRD initials: sdw