UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.   3:24-cr-00054-MCR

PAUL J FREEMAN

## AMENDED NOTICE OF HEARING

TAKE NOTICE that the proceeding in the case has been reset for the place, date and time set forth below:

**Place:** United States Courthouse
One North Palafox Street
Pensacola, Florida 32502

**Room No:** Courtroom 5

| | | | |
|---|---|---|---|
| **Date:** | July 22, 2024 | **Previous Date:** | July 17, 2024 |
| **Time:** | 9:00 AM CDT | **Previous Time:** | 9:00 AM CDT |

**Time Allotted:** 1 hour reserved

**Proceeding:** Pretrial Conference before the Honorable M. Casey Rodgers

*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*

JESSICA J. LYUBLANOVITS
CLERK OF COURT

July 9, 2024                                              /s/ *Barbara Rogers*
DATE:                                                     Deputy Clerk:

Copies to:
Honorable M. Casey Rodgers
Counsel of Record
U.S. Marshal
U.S. Probation

Note: Should additional time be needed, please notify the court.